# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS,<br><br>       Plaintiff,<br><br>       v.<br><br>DSQUARED2 INC. doing business as DSQUARED2 RETAIL LA INC.; and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No. 2:21-cv-00133-WBS-DB<br><br>**ORDER**<br><br>Judge:      Hon. William B. Shubb<br>Dept.:      5<br>Magistrate:  Hon. Deborah Barnes |

The Court has reviewed the Joint Motion For Extension of Time for Defendant to Respond to Complaint, DKT. #6, submitted by VALERIE BROOKS ("Plaintiff") and DSQUARED2 INC. doing business as DSQUARED2 RETAIL LA INC. ("Defendant"), (collectively, the "Parties") by and through their respective attorneys.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Good cause appearing for the extension of time to respond to Plaintiff's
2 | Complaint in this matter, IT IS HEREBY ORDERED that Defendant shall have
3 | until April 26, 2021, to file a responsive pleading to the Complaint.
4 |
5 | IT IS SO ORDERED.
6 | Dated: March 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE