# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>DSQUARED2 INC. doing business as DSQUARED2 RETAIL LA INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00133-WBS-DB<br><br>**ORDER**<br><br>Judge:        Hon. William B. Shubb<br>Magistrate:  Hon. Deborah Barnes |

The Court has reviewed the Joint Motion For an Additional Extension of Time for Defendant to Respond to Complaint, DKT. #8, submitted by VALERIE BROOKS ("Plaintiff") and DSQUARED2 INC. doing business as DSQUARED2 RETAIL LA INC. ("Defendant"), (collectively, the "Parties") by and through their respective attorneys.

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause appearing for the extension of time to respond to Plaintiff's Complaint in this matter, IT IS HEREBY ORDERED that Defendant shall have until **June 8, 2021**, to file a responsive pleading to the Complaint. The Scheduling Conference is **CONTINUED** to **August 16, 2021 at 1:30 p.m.** A joint status report shall be filed no later than **August 2, 2021**.

IT IS SO ORDERED.

Dated: April 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE