WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DSQUARED2 INC. d/b/a DSQUARED2 RETAIL LA INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br>　　　　　　Defendants. | Case No.: 2:21-cv-00133-WBS-DB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR A STATUS REPORT**<br><br>**[L.R. 144 (A)]** |

As a result of the Defendant's Request and good cause appearing therefor, the Court hereby GRANTS the Defendant's Request and ORDERS that the parties shall have an extension of twenty-one (21) days, to **September 20, 2021**, in which to file Dispositional Documents or a Status Report.  The Scheduling Conference is continued from September 13, 2021 to **September 27, 2021 at 1:30 p.m.**

**IT IS SO ORDERED**

Dated:  August 31, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE