# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DSQUARED2 INC. d/b/a DSQUARED2 RETAIL LA INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br>　　　　　　Defendants. | Case No.: 2:21-cv-00133-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)** |

---

ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR A STATUS REPORT

On October 28, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Dkt. 21].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED**

Dated:  October 28, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE